**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 13-6931**

———————

ANTHONY JESUS JOHNSON,

            Petitioner - Appellant,

      v.

WARDEN LEROY CARTLEDGE,

            Respondent - Appellee,

      and

ATTY GEN ALAN WILSON; THE STATE,

            Respondents.

———————

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  G. Ross Anderson, Jr., Senior
District Judge.  (8:12-cv-01536-GRA-JDA)

———————

Submitted:  September 24, 2013      Decided:  September 27, 2013

———————

Before NIEMEYER and THACKER, Circuit Judges, and HAMILTON,
Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Anthony Jesus Johnson, Appellant Pro Se.  Donald John Zelenka,
Senior Assistant Attorney General, James Anthony Mabry,
Assistant Attorney General, Columbia, South Carolina, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony Jesus Johnson seeks to appeal the district court's order adopting the recommendation of the magistrate judge and denying the respondents' motion for summary judgment in Johnson's 28 U.S.C. § 2254 (2006) action. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545-46 (1949). The order Johnson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED